IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00702-BNB

THIEN H. NGUYEN,

      Applicant,

v.

LOU ARCHULETA, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

FILED
UNITED STATES DISTRICT COURT
         COLORADO

APR 1 7 2007

GREGORY C. LANGHAM
                CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Applicant's "Motion for Leave to Amend 2254 Application" filed on April 6, 2007, is GRANTED. Applicant's "Motion for Appointment of Counsel" filed on April 16, 2007, is DENIED as premature.

Dated: April 17, 2007

Copies of this Minute Order mailed on April 17, 2007, to the following:

Thien H. Nguyen
Prisoner No. 67011
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

_____
Secretary/Deputy Clerk