IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00702-WYD-BNB

THIEN H. NGUYEN,

    Applicant,

v.

LOU ARCHULETA, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Applicant's "Motion for Partial Copy of State Court Record" (docket #47) filed on October 23, 2008, is **DENIED** because Applicant was not granted leave to proceed in forma pauperis in this action.

    Dated: October 24, 2008